UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:18-cv-05200

HOWARD COHAN,

    Plaintiff,

vs.                                                                           INJUNCTIVE RELIEF SOUGHT

ASIA ON ILLINOIS, LLC,
d/b/a SUNDA NEW ASIAN,                        Hon. Virginia M. Kendall

    Defendant,
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, HOWARD COHAN, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, ASIA ON ILLINOIS, LLC, d/b/a SUNDA NEW ASIAN. Dated this 13th day in August, 2018.

                                                       **Law Offices of Robert M. Kaplan, P.C.**
                                                       Counsel for the Plaintiff
                                                       1535 W. Schaumburg Rd., Suite 204
                                                       Schaumburg, IL 60194
                                                       Tel:    (847) 895-9151
                                                       Fax:   (847) 895-7320

                                                       By: /s/ Robert M. Kaplan
                                                           Robert M. Kaplan, Esq.
                                                          IL Bar No.: 6206215
                                                          rmkap@robertkaplanlaw.com

K:\KAPLAN\Clients\LITIGATION\COHAN FILES\CohanH.18LIT.1282.___.SUNDA NEW ASIA\Motion to Dismiss. 08 13 18.docx